No. 84–1772. KARMUN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 84–1774. EWERT *v.* EXXON CO., USA, A DIVISION OF EXXON CORP., ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–1775. CORONEL-QUINTANA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–1776. HANCHARIK *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 84–1778. FISHER *v.* UNITED STATES; and
No. 84–6972. WHEELINGS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 757 F. 2d 1359.

No. 84–1779. PENNSYLVANIA ET AL. *v.* DELAWARE VALLEY CITIZENS' COUNCIL FOR CLEAN AIR ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–1780. MCMAHON, CALIFORNIA DIRECTOR OF SOCIAL SERVICES *v.* GREEN ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 84–1781. ALL AMERICAN LIFE & CASUALTY CO. *v.* OCEANIC TRADE ALLIANCE COUNCIL INTERNATIONAL, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–1784. GRYNBERG ET AL. *v.* DANZIG ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 84–1788. INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, AFL–CIO *v.* NATIONAL ELEVATOR INDUSTRY, INC. C. A. 2d Cir. Certiorari denied.

No. 84–1792. SWEATER BEE BY BANFF, LTD. *v.* MANHATTAN INDUSTRIES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–1795. TECHNOGRAPH, INC. *v.* GENERAL MOTORS CORP. C. A. 3d Cir. Certiorari denied.